MATTHEW LEONARD, Respondent, v. IREAB HOLDING CORPORATION, Appellant. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J.,

McAvoy, O'Malley, Townley and Glennon, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.